**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| 4900 MORSE LAND TRUST,<br><br>Plaintiff,<br><br>v.<br><br>OCCIDENTAL PETROLEUM CORPORATION and OXY USA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 2:23-cv-00040-PPS-JPK |

**AGREED MOTION TO SUBSTITUTE REAL PARTY IN INTEREST**

Pursuant to Federal Rule of Civil Procedure 17(a), Plaintiff 4900 Morse Land Trust ("4900"), by counsel, in support of the above and foregoing motion states as follows:

1. 4900 Morse Land Trust was established by an Agreement and Declaration of Trust, dated January 5, 2021. A true and accurate copy of the Agreement and Declaration of Trust is attached as Exhibit A to the Joint Jurisdictional Statement being filed contemporaneously with this Motion.

2. As set forth in more detail in the information presented in the Joint Jurisdictional statement contemporaneously filed with this Motion, Agreement and Declaration of Trust states and the parties agree that 4900 Morse Land Trust is a traditional trust.

3. As set forth in the Agreement and Declaration of Trust, Todd Hansen is the sole trustee of 4900 Morse Land Trust.

4. On December 27, 2022, 4900 initially filed its Complaint and Demand for Jury Trial in Lake Superior Court for the State of Indiana, Case No. 49D04-2212-CT-001306, styled as *4900 Morse Land Trust v. Occidental Petroleum Corporation and Oxy USA, Inc.* 4900 filed its Complaint as the real party in interest.

5. Under Rule 17(a)(1) of the Federal Rules of Civil Procedure, "[a]n action must be prosecuted in the name of the real party in interest. The following may sue in their own names without joining the person for whose benefit the action is brought: . . . (E) a trustee of an express trust; . . . ."

6. Accordingly, 4900 moves to substitute Todd Hansen, as trustee of the 4900 Morse Land Trust, in place of 4900 Morse Land Trust as the Plaintiff's real party in interest to this case.

7. 4900 has consulted with Defendants Occidental Petroleum Corporation and Oxy USA, Inc., and they do not oppose this motion.

Respectfully Submitted,

/s/ *Angela P. Krahulik*

Angela P. Krahulik, #23036-49
Benjamin P. Burdick, #36783-29
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Angela.Krahulik@icemiller.com
Ben.Burdick@icemiller.com

Attorneys for Plaintiff 4900 Morse Land Trust

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of March, 2023, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Carrie G. Doehrmann
Dean R. Brackenridge
FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244-0961
dbrackenridge@fbtlaw.com
cdoehrmann@fbtlaw.com

_/s/ *Angela P. Krahulik*_______________________

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Angela.Krahulik@icemiller.com
Ben.Burdick@icemiller.com