**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| TODD HANSEN, AS TRUSTEE OF 4900 MORSE LAND TRUST,<br><br>Plaintiff,<br><br>v.<br><br>OCCIDENTAL PETROLEUM CORPORATION and OXY USA, INC.,<br><br>Defendants. | ) | CASE NO. 2:23-cv-00040-PPS-JPK |

**4900 MORSE LAND TRUST'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Todd Hansen, as Trustee of 4900 Morse Land Trust, by counsel and pursuant to Federal Rule of Civil Procedure 7.1 and United States District Court for the Northern District of Indiana General Order 2023-06, makes the following disclosures:

1. As explained in further detail in the Joint Jurisdictional Statement filed contemporaneously herewith this Motion [Dkt. No. 18], Plaintiff Todd Hansen is an Indiana citizen who resides in Avon, Indiana and is the sole trustee of 4900 Morse Land Trust.

2. 4900 Morse Land Trust is a traditional trust whose citizenship is based upon the citizenship of its trustee.

3. 4900 Morse Land Trust has no parent companies, and no publicly held companies own 10% or more of 4900 Morse Land Trust.

4. Plaintiff is not aware of any insurance carrier for 4900 Morse Land Trust that may be liable in whole or in part for a judgment in this action or for the cost of defense.

5. Additional information regarding the basis for federal jurisdiction and the facts which support federal jurisdiction are set forth in the Joint Jurisdictional Statement being filed contemporaneously with this Motion. [Dkt. No. 18, ⁋⁋ 3–17]. No additional disclosures are required under Federal Rule of Civil Procedure 7.1 or United States District Court for the Northern District of Indiana General Order 2023-06.

Respectfully Submitted,

/s/ *Angela P. Krahulik*
Angela P. Krahulik, #23036-49
Benjamin P. Burdick, #36783-29
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Angela.Krahulik@icemiller.com
Ben.Burdick@icemiller.com

Attorneys for Plaintiff Todd Hansen, as Trustee of 4900 Morse Land Trust

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of March, 2023, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Carrie G. Doehrmann
Dean R. Brackenridge
FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244-0961
dbrackenridge@fbtlaw.com
cdoehrmann@fbtlaw.com

/s/ *Angela P. Krahulik*
Angela P. Krahulik

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Angela.Krahulik@icemiller.com
Ben.Burdick@icemiller.com