**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| TODD HANSEN, AS TRUSTEE OF 4900 MORSE LAND TRUST,<br><br>Plaintiff,<br><br>v.<br><br>OCCIDENTAL PETROLEUM CORPORATION and OXY USA, INC.,<br><br>Defendants. | ) | CASE NO. 2:23-cv-00040-PPS-JPK |

**<u>JOINT REPORT ON THE STATUS OF MEDIATION AND SETTLEMENT DISCUSSIONS</u>**

Pursuant to the Court's December 2, 2025, Order (Dkt. No. 70), Plaintiff, Todd Hansen, as Trustee of 4900 Morse Land Trust, ("Plaintiff" or "4900"), and Defendants, Occidental Petroleum Corporation ("Occidental") and Oxy USA, Inc. ("Oxy") (collectively "Defendants"), together ("Parties"), by counsel, submit this Joint Report on the Status of Mediation and Settlement Discussions setting forth the information requested by the Court as follows:

1. The Parties participated in a full-day, in-person mediation session with mediator David Temple of Van Winkle Baten Dispute Resolution on February 24, 2026.

2. The mediation session did not result in a settlement.

3. However, the Parties are exploring options for continuing settlement discussions in an additional virtual mediation session also with mediator David Temple of Van Winkle Baten Dispute Resolution. The Parties have agreed to include the Gary Chicago International Airport ("GCIA") in those settlement discussions (should the GCIA agree to participate) given the pending eminent domain proceeding between GCIA and Plaintiff in Cause No. 45C01-2507-PL- 000418,

Lake Circuit Court. The Parties have contacted legal counsel for GCIA and understand that GCIA will respond to their request to participate in a joint mediation on or before March 13, 2026.

4. The Parties will update the Court as to the date for an additional mediation session or that an agreement cannot be reached to participate in an additional mediation session on or before March 24, 2026.

5. In light of the foregoing, the Parties request that the telephonic status conference scheduled for March 9, 2026, be vacated and reset for a date after the additional mediation session concludes or after the Court receives notice that an agreement cannot be reached to participate in an additional mediation session.

Dated: March 4, 2026

Respectfully submitted,

ICE MILLER LLP

/s/ *Angela P. Krahulik*
Angela P. Krahulik, #23036-49
Benjamin P. Burdick, #36783-29
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Angela.Krahulik@icemiller.com
Ben.Burdick@icemiller.com

*Attorneys for Plaintiff Todd Hansen, as Trustee of 4900 Morse Land Trust*

BOSE McKINNEY & EVANS LLP

/s/ *Bradley R. Sugarman* (with approval)
Bradley R. Sugarman, #22152-49
Jackson L. Schroeder, #35355-49
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
jschroeder@boselaw.com
bsugarman@boselaw.com

*Attorneys for Defendants, Occidental Petroleum Corporation and Oxy USA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2026, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Angela P. Krahulik*
Angela P. Krahulik

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200
angela.krahulik@icemiller.com