UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

-FILED-
MAY 1 1 2026
At ______ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TODD HANSEN, as Sole Trustee of 4900 MORSE LAND TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>OCCIDENTAL PETROLEUM CORPORATION, and OXY USA, INC.,<br><br>Defendants. | Case No. 2:23-cv-00040-GSL-AZ |

**MEDIATOR'S REPORT TO COURT**

Comes now the undersigned and reports to the court that a second mediation session was conducted on April 22, 2026 and that no settlement was reached during the mediation session.

Respectfully submitted,

*/s/ David A. Temple*
David A. Temple (#18193-49)
Mediator

VAN WINKLE BATEN DISPUTE RESOLUTION
255 East Carmel Drive, Suite B
Carmel, IN 46032
(317) 231-6320
DTemple@vbradr.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, pursuant to Rule 86(G) of the Indiana Rules of Trial Procedure, a copy of the foregoing has been served either via E-Service through the Indiana E-Filing system, or by first class United States mail, postage prepaid, this 6th of May, 2026 to:

Angela P. Krahulik
ICE MILLER LLP
One American Square, Ste. 2900
Indianapolis, IN 46282

Bradley Sugarman
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Ste. 2700
Indianapolis, IN 46204

*/s/ David A. Temple*
David A. Temple (#18193-49)
Mediator

VAN WINKLE BATEN DISPUTE RESOLUTION
255 East Carmel Drive, Suite B
Carmel, IN 46032
(317) 231-6320
DTemple@vbradr.com