VAN WINKLE · BATEN
DISPUTE RESOLUTION
255 East Carmel Drive · Suite B
Carmel, IN 46032

INDIANAPOLIS IN 460
8 MAY 2026 PM 3 L

UNITED STATES OF AMERICA
FOREVER/USA

Clerk of Court
U.S. District Court
5400 Federal Plaza
Suite 2300
Hammond, IN 46320

46320-184775